THE PEOPLE OF THE STATE OF NEW YORK ex rel. THEODORE M. HERLICH, on Behalf of ANGEL RODRIGUEZ, Petitioner, v WARDEN OF RIKERS ISLAND, Respondent. [644 NYS2d 638]

Bracken, J. P., Krausman, Goldstein and Luciano, JJ., concur.

(June 20, 1996)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MATTHEW MURASKIN, on Behalf of WESLEY BEAMAN, Petitioner, v JOSEPH JABLONSKY, Respondent. [644 NYS2d 968]

Thompson, J. P., Altman, Hart and Florio, JJ., concur.